In the Matter of DARLA N., Appellant, v CHRISTINE N. et al., Respondents. (Appeal No. 1.) [735 NYS2d 446] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Darla N. v Christine N.* (289 AD2d 1012 [decided herewith]). (Appeal from Order of Cattaraugus County Family Court, Kelly, J.H.O.—Visitation.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Gorski, JJ.